

44 So.2d 907

### George ABERNATHY v. STATE.
8 Div. 784.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Colbert County; Robt. M. Hill, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

44 So.2d 907

### ALEXANDER & YOUNG ENGINEERING CO., Inc. v. Mary Anderson LEGG et al.
8 Div. 803.

Court of Appeals of Alabama.
Jan. 19, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 30

### Howard ALLEN v. CITY OF TUSCA-LOOSA.
6 Div. 908.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 30

### Howard ALLEN v. CITY OF TUSCA-LOOSA.
6 Div. 909.

Court of Appeals of Alabama.
Dec. 1, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Driving while intoxicated.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 30

### Howard ALLEN v. CITY OF TUSCA-LOOSA.
6 Div. 910.

Court of Appeals of Alabama.
Dec. 1, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Resisting arrest.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 907

### Less ALLEN v. STATE.
8 Div. 848.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

651

652

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

45 So.2d 870

### Less ALLEN v. STATE.
### 8 Div. 792.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

46 So.2d 858

### Alberta ALLEN v. STATE.
### 6 Div. 950.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

47 So.2d 918

### Louie Monroe ALLEN v. STATE.
### 7 Div. 60.

Court of Appeals of Alabama.
May 30, 1950.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

Transporting.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellant.

49 So.2d 923

### James E. ALLEN v. CITY OF TUSCA-LOOSA.
### 6 Div. 60.

Court of Appeals of Alabama.
Nov. 30, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Appeal dismissed.

49 So.2d 923

### James E. ALLEN v. STATE.
### 6 Div. 87.

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.

Affirmed.

48 So.2d 888

### Donald ALLISON v. STATE.
### 7 Div. 116.

Court of Appeals of Alabama.
Nov. 7, 1950.

Appeal from Circuit Court, Calhoun County; W. D. DeBardelaben, Judge.

Assault and battery.

Knox, Jones, Woolf & Merrill, of Anniston, for appellant.